the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND WEST, J. J., concur.

ELLIS, J., dissents.

————————————

JAMES W. HILL, INDIVIDUALLY, AND HILL INVESTMENT COMPANY, A CORPORATION DOING BUSINESS IN THE COUNTY OF DUVAL, STATE OF FLORIDA, *Plaintiffs in Error,* v. T. K. WATSON, *Defendant in Error.*

Decision Filed July 31, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval; Daniel A. Simmons, Judge.

*Miles W. Lewis* and *W. T. Fowler,* for Plaintiffs in Error;

*James H. Bunch* and *Chas. S. Adams,* for Defendant in Error.

PER CURIAM.—This cause having been heretofore submitted to the Court upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen

15—Vol. 78

and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

LEONORA JACKSON AND L. V. BELL, *Appellants*, v. GRACE W. GAULDEN, *Appellee*.

### Decision Filed July 31, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Duval; Daniel A. Simmons, Judge.

*H. L. Anderson,* for Appellants;

*R. E. Stillman* and *Odom & Butler,* for Appellee.

PER CURIAM.—This cause having been heretofore submitted to the Court upon the transcript of the record of the decree aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

All concur.